Civil Action No.: **1:26-CV-11805-BEM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Hilton worldwide Inc_
was received by me on (date) _04/20/26_ .

☑ I personally served the summons on the individual at (place) _155 Federal St MA 02110_
_CT CORPORATION_ on (date) _04/20/26_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Joshn Phillips_ , who is
designated by law to accept service of process on behalf of (name of organization) _Hilton_
_worldwide Inc_ on (date) _04/20/26_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.


_04/20/26_
Date

_Alvin_
Server's Signature

_Alvin ssenabulya_
Printed name and title

_155 Federal st Boston MA 02110_
Server's Address

Additional information regarding attempted service, etc:

Civil Action No.:  **1:26-CV-11805-BEM**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *110 Hartwell are lexington*
was received by me on (date) **04/20/26** .

☑ I personally served the summons on the individual at (place) *110 Hartwell are lexington Suite 300 MA 02421*   on (date) **04/20/26**   ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) *Regan PATel* , who is

designated by law to accept service of process on behalf of (name of organization) *Jamsan Hotel management*   on (date) *04/20/26*; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


**04/20/26**
Date

_____
*Server's Signature*

*Alvin ssenabulya*
*Printed name and title*

*Jamsan Hotel management 110 Hartwell are*
*Server's Address*
*Lexington suite 300 MA 02421*

Additional information regarding attempted service, etc:

Civil Action No.: 1:26-CV-11805-BEM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _General manager Steven sims_

was received by me on (date) _04/20/26_.

☐ I personally served the summons on the individual at (place) _12 Independence dr chelmford
lowell ma 01824_ on (date) _04/20/26_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _Steven SIMS_ , who is

designated by law to accept service of process on behalf of (name of organization) _Home 2 suites
by Hilton chelmford lowell_ on (date) _04/20/26_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_04/20/26_
Date

_____
Server's Signature

_Alvin ssenci luly q_
Printed name and title

_12 Independence dr chelmford lowell_
Server's Address

Additional information regarding attempted service, etc:

Case 1:26-cv-11805-BEM    Document 5    Filed 04/20/26    Page 2 of 2

Civil Action No.:  **1:26-CV-11805-BEM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Regional manager Loren Day_

was received by me on (date) _04/20/26_ .

☐ I personally served the summons on the individual at (place) _Home 2 Suites by Hilton_
_Chelmsford lowell ma 01824_ on (date) _04/20/26_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _Steven Sims_ , who is

designated by law to accept service of process on behalf of (name of organization) _Home2_
_suites by Hilton chelmsford lowell_ on (date) _04/20/26_; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.


_04/20/26_
Date

_____
Server's Signature

_Alvin essenabuyg_
Printed name and title

_12 Independee dr chelmsford ma 01824_
Server's Address

Additional information regarding attempted service, etc:

Civil Action No.: **1:26-CV-11805-BEM**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Director Dilip patel

was received by me on (date) 04/20/26 .

☐ I personally served the summons on the individual at (place) Home2Suite by Hilton chelmsford lowell ma 01824 on (date) 04/20/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) Steven Sims , who is

designated by law to accept service of process on behalf of (name of organization) Home2Suite by Hilton chelmsfords lowell on (date) 04/20/26 ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

_____                    _____
Date                                            *Server's Signature*

                                       Alvin Ssenabulya
                                       *Printed name and title*

                        12 Independence dr chelmsford lowell
                                       *Server's Address*

Additional information regarding attempted service, etc:

Case 1:26-cv-11805-BEM    Document 5    Filed 04/20/26    Page 2 of 2

Civil Action No.: **1:26-CV-11805-BEM**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Owner Nikul patel_

was received by me on (date) _04/20/26_ .

☐ I personally served the summons on the individual at (place) _Home2suite by Hilton Chelmsford lowell ma 0182_ on (date) _04/20/26_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _Steven Sims_ , who is

designated by law to accept service of process on behalf of (name of organization) _Home2 suite by Hilton chelmsford lowell_ on (date) _04/20/26_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

_04/20/26_
Date

_____ Server's Signature

_Alvin esenda buly q_
Printed name and title

_12 Independence dr chelmford lowell_
Server's Address

Additional information regarding attempted service, etc:

Case 1:26-cv-11805-BEM   Document 5   Filed 04/20/26   Page 2 of 2

Civil Action No.: **1:26–CV–11805–BEM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Owner Ashok patel_

was received by me on (date) _04/20/26_.

☐ I personally served the summons on the individual at (place) _Home2 suite by Hilton_ _Chelmsford lowell Ma 01824_ on (date) _04/20/26_ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _Steven Sims_ , who is

designated by law to accept service of process on behalf of (name of organization) _Home2_ _Suite by Hilton chelmsford lowell_ on (date) _04/20/26_; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


_04/20/26_
Date

_____
Server's Signature

_Alvin ssenabulya_
Printed name and title

_12 Independence dr chelmsford lowell_
Server's Address

Additional information regarding attempted service, etc:

Civil Action No.: **1:26–CV–11805–BEM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *Owner Hitesh patel*

was received by me on (date) 04/20/26 .

☐ I personally served the summons on the individual at (place) Home2suite by Hilton chelmsford lowelling 01824 on (date) 04/20/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____ _____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) Steven sims , who is designated by law to accept service of process on behalf of (name of organization) Home2suite by Hilton chelmsford lowell ma 01824 on (date) 04/20/26 ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $_____ for travel and $_____ for services, for a total of $_____

I declare under penalty of perjury that this information is true.

04/20/26
_____
Date

_____
Server's Signature

Alvin ssengabulyg
_____
Printed name and title

12Independence dr chelmsford lowell
_____
Server's Address

Additional information regarding attempted service, etc: